# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK DUTKEWYCH,<br><br>    Plaintiff<br><br>    V.<br><br>STANDARD INSURANCE COMPANY AND MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C. GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants | CIVIL ACTION NO. 1:12-11073-DJC |

## JOINT MOTION TO EXTEND THE DATE FOR
## ORAL ARGUMENT ON THE PARTIES SUMMARY JUDGMENT BRIEFS

The parties to the above-referenced matter respectfully request that this Court enlarge the timeframe for oral argument on the parties' summary judgment briefs from December 4, 2013 to December 12, 2013 at 2:30pm.

In support of this Motion, the parties state that Plaintiff's counsel requests additional time to allow for her absence from work as a result of her recovery from her October 28, 2013 surgery. A brief extension of eight days will not prejudice either party.

Accordingly, the parties respectfully request that the Court enlarge the timeframe for oral argument from December 4, 2013 to December 12, 2013 at 2:30pm.

1

Respectfully submitted,

| | |
|---|---|
| /s/  Mala M. Rafik | /s/  Brooks R. Magratten |
| Mala M. Rafik | Brooks R. Magratten |
| BBO No. 638075 | BBO No. 650393 |
| Rosenfeld Rafik & Sullivan, P.C. | Pierce Atwood LLP |
| 184 High Street, Suite 503 | 10 Weybosset Street #400 |
| Boston, MA  02110 | Providence, RI  02903 |
| (617) 723-7470, ext. 205 | (401) 588-5113 |
| mmr@rosenfeld.com | bmagratten@pierceatwood.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

Dated:  November 26, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2013 I electronically filed the above-referenced document using the CM/ECF system which will send notification of such filing(s) to the following:

> Brooks R. Magratten
> Pierce Atwood LLP
> 10 Weybosset Street #400
> Providence, RI  02903
> (401) 588-5113
> bmagratten@pierceatwood.com

>> /s/  Mala M. Rafik
>> Mala M. Rafik
>> BBO No. 638075
>> Rosenfeld Rafik & Sullivan, P.C.
>> 184 High Street, Suite 503
>> Boston, MA  02110