**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

MARK DUTKEWYCH,

     Plaintiff

     V.

STANDARD INSURANCE COMPANY,

     Defendants

CIVIL ACTION NO. 12-11073-DJC

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Mark Dutkewych, in the above captioned matter, hereby appeals to the United States Circuit Court for the First Circuit the Order of the United States District Court, (Casper, J.) allowing the Defendants' Motion for Summary Judgment, and denying the Plaintiff's Motion for Summary Judgment, and all other matters appealable as a matter of right. Judgment was entered on March 31, 2014.

Dated: April 22, 2014

Respectfully Submitted
MARK DUTKEWYCH

/s/ Mala M. Rafik
Mala M. Rafik
B.B.O. #638075
Rosenfeld Rafik & Sullivan, P.C.
184 High Street
Suite 503
Boston, MA 02110
Tel: (617) 723-7470, ext. 205
Fax: (617) 227-2843
Email: mmr@rosenfeld.com

<u>**CERTIFICATE OF SERVICE**</u>

This hereby certifies that on this 22nd day of April, 2014, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

<u>/s/ Mala M. Rafik</u>
Mala M. Rafik
BBO No. 638075
Rosenfeld Rafik & Sullivan, P.C.
184 High Street, Suite 503
Boston, MA  02110