# United States Court of Appeals
## For the First Circuit

_____

No. 14-1450

MARK DUTKEWYCH,

Plaintiff, Appellant,

v.

STANDARD INSURANCE COMPANY,

Defendant, Appellee,

and

MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C. GROUP
LONG TERM DISABILITY PLAN,

Defendant.

_____

**JUDGMENT**
**Entered: March 18, 2015**

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: We affirm the grant of summary judgment in favor of Standard Insurance Company.

                                          By the Court:
                                          /s/ Margaret Carter, Clerk

cc: Mr. LaRocca, Mr. Magratten, Ms. Rafik & Ms. Sullivan.