# United States Court of Appeals
## For the First Circuit

No. 14-1450

MARK DUTKEWYCH,

Plaintiff – Appellant,

v.

STANDARD INSURANCE COMPANY,

Defendant - Appellee

MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO
PC GROUP LONG TERM DISABILITY PLAN,

Defendant.

### MANDATE

Entered: April 9, 2015

In accordance with the judgment of March 18, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Ronald M. LaRocca
Brooks R. Magratten
Mala M. Rafik
M. Katherine Sullivan